UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HELEN TWITTY

                Plaintiff,

vs.                              Case No. 2:05-cv-67-FtM-33SPC

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

                Defendant.
_____

## ORDER

    This matter comes before the Court on Defendant's filing of a Motion to Dismiss Count II of Plaintiff's Complaint (Doc. #3) on February 11, 2005. On May 5, 2005, the Court entered an Order (Doc. #13) directing the Plaintiff to respond to the motion within eleven days. As of this date, no response has been received.

    In Count II of the Complaint (Doc. #2), Twitty alleges that Prudential "willfully and in bad faith persists in its adamant refusal to pay [Twitty] benefits due under the policy." (Doc. #2 at ¶28.) It appears that Twitty is attempting to make a claim for common law bad faith. As Prudential correctly points out in its motion to dismiss, Florida common law does not recognize "claims made by an insured against its own insurer for failing to act in good faith when settling a claim." Talat Enters., Inc. v. Aetna Cas. and Sur. Co., 753 So.2d 1278, 1281 (Fla. 2000). Twitty's claim for common law bad faith against Prudential should therefore be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

While Florida does not recognize a common law right to a first-party action for bad faith, a first-party may bring a bad faith claim against an insurance company pursuant to Section 624.155 of the Florida Statutes. <u>Allstate Ins. Co. v. Clohessy</u>, 32 F. Supp.2d 1328, 1331 (M.D. Fla. 1998). However, a cause of action for violation of Section 624.155 is premature until there is a determination of liability and extent of damages owed on the first-party insurance contract. <u>Vest v. Travelers Ins. Co.</u>, 753 So.2d 1270, 1276 (Fla. 2000).

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Dismiss Count II of Plaintiff's Complaint (Doc. #3) is hereby **GRANTED.** Count II of Plaintiff's Complaint is dismissed without prejudice.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 17th day of June, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of record